**United States Bankruptcy Court**
**Central District Of California**

In re:
Hoa Kim Huynh

CHAPTER NO.: 13

CASE NO.: 1:10−bk−23692

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**
You must cure the following within 14 days from filing of your petition:

☑ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. §342(b); Local Rule 1002−1(g)]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

    Chapter 13    1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

    21041 Burbank Blvd, Woodland Hills, CA 91367−6603

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: October 28, 2010

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Ani Najarian**
**Deputy Clerk**

ccdn − Revised 12/2009    **1 / ANG**

# CERTIFICATE OF NOTICE

```
District/off: 0973-1          User: anajarian            Page 1 of 1                  Date Rcvd: Oct 28, 2010
Case: 10-23692                Form ID: ccdn              Total Noticed: 2

The following entities were noticed by first class mail on Oct 30, 2010.
db           +Hoa Kim Huynh,    5911 Fallbrook Ave,    Woodland Hills, CA 91367-3222
aty          +Gary Harre,    Gary L Harre Law Office,    1940 W. Orangewood #110,    Orange, CA 92868-5042

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2010**          **Signature:** *Joseph Speetjens*