FILED

DEC - 9 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

ENTERED

DEC - 9 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

1    Elizabeth Rojas, Chapter 13 Trustee    **ORIGINAL**
     15060 Ventura Blvd., Suite 240
2    Sherman Oaks, CA  91403
     (818) 933-5700  Fax: (818) 933-5755

3

4                    UNITED STATES BANKRUPTCY COURT
                      CENTRAL DISTRICT OF CALIFORNIA
5                      SAN FERNANDO VALLEY DIVISION

6    IN RE:                              )    CHAPTER 13
                                         )    CASE NO. SV10-23692-KT
7    Hoa Kim Huynh                       )
                                         )    ORDER DISMISSING CHAPTER 13
8                                        )    PETITION DUE TO FAILURE OF
                                         )    DEBTOR(S) TO APPEAR AT THE 341(a)
9                                        )    MEETING OF CREDITORS AND/OR TO
                                         )    MAKE PRE-CONFIRMATION
10                                       )    PAYMENTS
                                         )
11                      DEBTOR    )

12

13         Notice of the 341(a) meeting of creditors and initial confirmation hearing date having been duly
     served by the Clerk of the Court, or the Trustee, upon the debtor(s), and the debtor(s) having failed
14   appear at the same and/or having failed to make the required pre-confirmation payments, and good cause
     appearing, it is therefore,

15

16   ORDERED:

17         1. That all stay and restraining orders arising under 11 U.S.C. 362(a) and 1301 are vacated and
     dissolved; and

18

19         2. That the petition herein is dismissed and all pending motions and adversary proceedings in this
     case are moot and dismissed.

20

21

22                                          _Kathleen J Thompson_ (signature)
     DEC - 9 2010

     Dated: _____
23                                          _____
                                            Kathleen Thompson
24                                          U. S. Bankruptcy Judge

25

26

27

28

Elizabeth Rojas, Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA  91403
(818) 933-5700  Fax: (818) 933-5755

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE:                                              )        CHAPTER 13
                                                    )        CASE NO. SV10-23692-KT
Hoa Kim Huynh                                       )
                                                    )
                                                    )        **PROOF OF SERVICE BY MAIL**
                                                    )
                            DEBTOR                  )
                                                    )

## PROOF OF SERVICE

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403, and that on 12/2/2010 I served the following document(s): ORDER DISMISSING CHAPTER 13 PETITION DUE TO FAILURE OF DEBTOR TO APPEAR AND/OR MAKE PRE CONFIRMATION PAYMENTS on all parties in interest listed below, by placing a true copy thereof enclosed in a sealed envelope with postage theron fully prepaid, in the United States Mail addressed as follows:

Hoa Kim Huynh                              GARY L HARRE LAW OFFICE
5911 Fallbrook Ave                         1940 W. ORANGEWOOD #110
Woodland Hills, CA  91367                  ORANGE, CA  92868

Ms. Jennifer Braun
Assistant United States Trustee
Department of Justice
21051 Warner Center Lane, #115
Woodland Hills, CA  91367-1367

Executed at Sherman Oaks, California on December 02, 2010.

_Gisele Dorsey_
Gisele Dorsey